IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG CHANG, | No.  CIV.S-06-0716 DAD |
| Plaintiff, | |
| | ORDER TO SHOW CAUSE |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

By an order filed April 10, 2006, plaintiff was directed to return the necessary documents for service to the United States Marshal's office within fifteen days and thereafter file a statement with the court advising the date upon which said documents were submitted to the United States Marshal.  The time period has now expired, and it has come to the court's attention that the United States Marshal is not in receipt of the necessary materials.

Accordingly, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the filed date of this order

1

1  why this case should not be dismissed for lack of prosecution.
2  Failure to <u>timely</u> file the required writing will result in a
3  recommendation that the case be dismissed.
4  DATED: July 3, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/chang0716.osc.ftp