1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHONG CHANG,                        No.  CIV.S-06-0716 DAD

12          Plaintiff,
                                         ORDER
13      v.

14   JO ANNE B. BARNHART,
     Commissioner of Social
15   Security,

16          Defendant.
     _____/
17

18          By order filed April 10, 2006, plaintiff was directed to

19   return the necessary documents for service to the United States

20   Marshal's office within fifteen days and thereafter file a statement

21   with the court advising the date upon which said documents were

22   submitted to the United States Marshal.  On July 5, 2006, as a result

23   of plaintiff's failure to comply with the court's order, the court

24   issued an order to show cause directing plaintiff to show cause in

25   writing within twenty days why this case should not be dismissed for

26   lack of prosecution.  On July 24, 2006, plaintiff filed a response to

                                    1

the order to show cause which the court has construed as a request

for an extension of time to comply with the court's previous order.

Accordingly, IT HEREBY ORDERED that:

1.  The order to show cause filed on July 5, 2006, is

discharged.

2.  Plaintiff is granted an additional twenty (20) days to

return the necessary documents for service to the United States

Marshal's office and thereafter file a statement with the court

advising the date upon which said documents were submitted to the

United States Marshal.  Thereafter, this matter will proceed

according to the terms of the court's scheduling order filed April

10, 2006.

3.  Failure to comply with the terms if this order will

result in a recommendation of dismissal of this action.

DATED: August 2, 2006.

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg:th
ddad1/orders.socsec/chang0716.dischargeosc

2