IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHONG CHANG,

    Plaintiff,

  v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.
_____/

No.  CIV.S-06-0716 DAD

ORDER AND

FINDINGS AND RECOMMENDATIONS

    By order filed April 10, 2006, plaintiff was directed to return the necessary documents for service to the United States Marshal's office within fifteen days and thereafter file a statement with the court advising the date upon which said documents were submitted to the United States Marshal.  On July 5, 2006, as a result of plaintiff's failure to comply with the court's order, the court issued an order to show cause directing plaintiff to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution.  On July 24, 2006, plaintiff filed a response to

1

1 the order to show cause which the court construed as a request for an
2 extension of time to comply with the court's previous order.  On
3 August 3, 2006, plaintiff was granted an additional twenty (20) days
4 to return the necessary documents for service to the United States
5 Marshal's office and was cautioned that failure to do so would result
6 in a recommendation of dismissal of this case.  The time period has
7 now expired and it has come to the court's attention that the United
8 States Marshal is not in receipt of the required documents.
9 Accordingly,

10        IT IS HEREBY ORDERED that this action shall be assigned a
11 United States District Judge randomly selected by the Clerk of the
12 Court.

13        IT IS HEREBY RECOMMENDED that this action be dismissed
14 without prejudice.  See Fed. R. Civ. P. 41(b); L.R. 11-110.

15        These findings and recommendations are submitted to the
16 United States District Judge assigned to the case, pursuant to the
17 provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being
18 served with these findings and recommendations, plaintiff may file
19 written objections with the court.  Such a document should be
20 captioned "Objections to Magistrate Judge's Findings and
21 Recommendations."  Plaintiff is advised that failure to file
22 objections within the specified time may waive the right to appeal
23 /////
24 /////
25 /////
26 /////

the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 21, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.chang0716.f&r