IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHONG CHANG,

       Plaintiff,

  v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

       Defendant.
_____/

No.   CIV.S-06-0716 GEB DAD

<u>ORDER VACATING</u>

<u>FINDINGS AND RECOMMENDATIONS</u>

      By findings and recommendations filed September 21, 2006, the undersigned recommended that this action be dismissed due to plaintiff's failure to return to the United States Marshal the necessary documents for service of process.  However, a return of service filed thereafter on October 12, 2006, demonstrates that plaintiff, through a process service, has now completed service of process as required.

/////

/////

1

1  Accordingly, the findings and recommendations filed
2  September 21, 2006, are hereby vacated.  This matter shall proceed
3  according to the terms of the scheduling order filed April 10, 2006.
4  DATED: October 18, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1/orders.chang0716.f&r.vacate