1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHONG CHANG,

11          Plaintiff,                          No.  CIV S-06-0716 DAD PS

12       v.

13   MICHAEL J. ASTRUE,                         ORDER TO SHOW CAUSE
     Commissioner of Social Security,[1]
14
            Defendant.
15   _____/

16          On April 10, 2006, the court issued a scheduling order which required plaintiff to file a

17   motion for summary judgment and/or remand within a required time.  The required time has now

18   expired, and plaintiff has not filed a motion for summary judgment and/or remand.  Good cause

19   appearing, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the

20   /////

21   /////

22   /////

23   /////

24   _____

25          [1]  On February 12, 2007, Michael J. Astrue became the Acting Commissioner of Social
     Security.  Mr. Astrue is substituted as defendant in this suit pursuant to 42 U.S.C. § 405(g) and Fed. R.
26   Civ. P. 25(d)(1).

1

filed date of this order why this case should not be dismissed for lack of prosecution.  Failure to <u>timely</u>

file the required writing will result in dismissal of the action.

DATED: March 9, 2007.

_____

DALE A. DROZD

UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/chang0716.osc.ftp(2)