IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHONG CHANG,

    Plaintiff,                                     No. CIV S-06-0716 DAD PS

    v.

MICHAEL J. ASTRUE,                        ORDER
Commissioner of Social Security,

    Defendant.
_____/

        On April 10, 2006, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time. By order filed March 12, 2007, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution. The required time has now expired and plaintiff has failed to respond to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: April 10, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/chang0716.dism